UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEMOND HARRIS, | No. 2:23-cv-0828 KJN P |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, WARDEN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed a request to proceed in forma pauperis or paid the court's filing fee.

The application attacks a conviction issued by the Alameda County Superior Court. (ECF No. 1 at 3, 8-11.) While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated: May 16, 2023

/harr0828.108

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE